```
             IN THE UNITED STATES BANKRUPTCY COURT
                WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   BARBARA G. HERPAK                      CASE NO. 06-20217F
   149 NORTH SECOND STREET                JUDGE JUDITH FITZGERALD

   WEST NEWTON PA         15089-0000
   a/k/a                                  DATE: 07/21/09
         Debtor(s)
```

---

                    TRUSTEE'S FINAL REPORT
                         AND ACCOUNT

---

   RONDA J. WINNECOUR       , Trustee for the above case, submits the following final  report and account of  the  administration  of  the  estate  pursuant  to 11 USC 1302 (b)(1).

   1. The case was filed on 01/20/06 and confirmed on 03/16/06.
The case was subsequently DISMISSED AFTER CONFIRMATION

   2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was $ 39216.00 .

   3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| BENEFICIAL/HOUSEHOLD/HRS US | SECURED C | 9520.00 | 590.98 | 1142.40 | 9018.32 |
| BERKS CREDIT & COLLECTION* | UNSECURED | 290.00 | .00 | .00 | 290.00 |
| CITIFINANCIAL INC | SURR COLL | 2239.35 | 2239.35 | .00 | .00 |
| CITIFINANCIAL INC | MORTGAGE | .00 | 6855.17 | .00 | .00 |
| CITIFINANCIAL INC | HOME MORT | 868.65 | .00 | .00 | .00 |
| CITIFINANCIAL INC | SURR COLL | .00 | .00 | .00 | .00 |
| CREDIT COLLECTIONS CO. | NOT FILED | .00 | .00 | .00 | .00 |
| Clerk, U S Bankruptcy Court | Unclaimed | 4041.31 | 4041.31 | .00 | .00 |
| DAVID ABRAMS ESQ | NOT FILED | .00 | .00 | .00 | .00 |
| DIVERSIFIED COLLECTIONS* | NOT FILED | .00 | .00 | .00 | .00 |
| DIVERSIFIED COLLECTIONS* | NOT FILED | .00 | .00 | .00 | .00 |
| DIVERSIFIED COLLECTIONS* | NOT FILED | .00 | .00 | .00 | .00 |
| DIVERSIFIED COLLECTIONS* | NOT FILED | .00 | .00 | .00 | .00 |
| FIRST NATIONAL BANK OF PA** | UNSECURED | 404.86 | .00 | .00 | 404.86 |
| KEY BANK NA/aka KEY BANK US | SURR COLL | 2256.33 | 2256.33 | 220.90 | .00 |
| KIRK B BURKLEY ESQ | NOT FILED | .00 | .00 | .00 | .00 |
| LORI GIBSON ESQ | NOT FILED | .00 | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE | .00 | 2619.39 | .00 | .00 |
| NATIONAL CITY MORTGAGE | HOME MORT | 5110.90 | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | SECURED C | 11678.46 | 11678.46 | .00 | .00 |
| NATIONAL CITY MORTGAGE/SCCS | NOT FILED | .00 | .00 | .00 | .00 |
| STEIDL & STEINBERG | Original | 2000.00 | 1966.34 | .00 | 33.66 |
| VALLEY USED CARS INC | VEHICLE | 4464.45 | 4464.45 | 286.28 | .00 |
| WESTMORELAND REDEVELOPMENT | NOT FILED | .00 | .00 | .00 | .00 |

4. Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED   CONT DEBTS       TOTAL
CLAIM AMOUNT        36138.14       4041.31        694.86      9474.56    50348.87
PRINCIPAL PAID      21229.57       4041.31           .00      9474.56    34745.44
INTEREST PAID        1649.58            .00          .00          .00     1649.58
```

5. Costs of administration:

The clerk was paid $       .00  through the plan for the filing fee.
The debtor's attorney was allowed $   2000.00 and was paid $   1966.34 .
The Trustee was paid $    854.64  pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $         .00 .

Postpetition arrearages on mortgages, if any, have been computed by the Trustee but are not listed on this Final Accounting form.

A final review of the Court's claims file was not conducted prior to the dismissal of this case. Consequently, additional claims may have been timely filed. The additional claims are not noted as no further purpose would have been served by a review of the claims in the case.

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

```
                                              /s/ Ronda J. Winnecour
xc:BARBARA G.              HERPAK             _____
   KENNETH STEIDL ESQ                         RONDA J WINNECOUR PA ID #30399
      STEIDL & STEINBERG                      CHAPTER 13 TRUSTEE WD PA
      707 GRANT ST STE 2830                   SUITE 3250 US STEEL TWR
      PITTSBURGH PA              15219-0000   PITTSBURGH PA      15219-0000
                                              (412) 471-5566
```