# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**   1. *Intake Clerk* *

2. *Case Administrator*

**FROM:**   *Financial Administrator*

**UC**

**DATE:** 7.21.2009

**CASE NAME:** Herpak

**CASE NUMBER:** 06.20217

Check Number 64012 in the amount of $ 4041.31 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 9122   **Intake Clerk's Initials** DRB

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

#4b-F

09 JUL 21 P2:10

FILED

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                          Phillip J. McHale, III
Chief Counsel                                               Chief Accountant

July 6, 2009

John J. Horner, Esquire            OR           John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                    Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                           U.S. Courthouse, Room B160
600 Grant Street                                17 South Park Row
Pittsburgh PA 15219                             Erie PA 16501

RE:   BARBARA G. HERPAK

Case No.: 06-20217   F

Dear Mr. Horner:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

NATIONAL CITY MORTGAGE
ATTN BANKRUPTCY PMT PROCESSING
3232 NEWMARK DR
MIAMISBURG OH                                   45342

CHECK NUMBER  640121                 AMOUNT $   4,041.31

   The disbursement(s) was returned to the Trustee for the following reason:

_____   a.   Trustee has been unable to locate Creditor.

__X__    b.   Creditor returned funds.

_____   c.   Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
06-20217 F

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

    Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: KENNETH STEIDL ESQ
    BARBARA G. HERPAK

    NATIONAL CITY MORTGAGE
    Creditor